IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLENDA B. DYER　　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #706589

V.　　　　　　　　　　　　　NO. 5:04cv00137 SWW

LARRY NORRIS, Director,　　　　　　　　　　　　　　　　　　　　　RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is hereby dismissed in its entirety. Judgment will be entered dismissing Grounds 2 and 4 without prejudice, as previously ordered (docket entry #28), and dismissing Grounds 1, 3 and 5 with prejudice.

IT IS SO ORDERED this 30th day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE