IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLENDA B. DYER                                                                                    PETITIONER
ADC #706589

V.                                           NO. 5:04cv00137 SWW

LARRY NORRIS, Director,                                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Court's order entered February 25, 2005 (docket entry #28) and in accordance with the order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety. Grounds 2 and 4 are dismissed without prejudice and Grounds 1, 3 and 5 are dismissed with prejudice.

IT IS SO ORDERED this 30th day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE